

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-14-00014-CR |
| State, | § | Appeal from the |
| v. | § | 171st District Court |
| PHILLIP ANDREW FRIAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D03266) |
| | § | |

## O R D E R

The Court GRANTS Anita Garcia's fourth request for an extension of time within which to file the Reporter's Record until **June 25, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garcia, Official Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before June 25, 2014.

If the Reporter's Record is not filed by the due date, this Court will consider whether it is necessary to abate the appeal for a hearing in the trial court to determine why the record has not been filed.

IT IS SO ORDERED this 28th day of May, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.